**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-1442
_____

NORRIS G. DILLAHUNT,

                Plaintiff - Appellant,

        v.

JOHNNIE CLARK; CITY OF NEW BERN,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.   Malcolm J. Howard, Senior District Judge.   (4:07-cv-00097-H)

_____

Submitted:  August 21, 2008          Decided:  August 25, 2008

_____

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Norris G. Dillahunt, Appellant Pro Se.  Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, PA, New Bern, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norris G. Dillahunt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dillahunt v. Clark</u>, No. 4:07-cv-00097-H (E.D.N.C. March 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>